IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>ELLIS Y. SANCHEZ-MEDINA<br>Defendant | CRIMINAL 14-0377CCC<br>(Related Crim. No. 12-0666-1CCC) |

**ORDER**

Having considered the Report and Recommendation filed on June 9, 2014 (**docket entry 9**) on a Rule 11 proceeding of defendant Ellis Y. Sánchez-Medina before U.S. Magistrate-Judge Silvia Carreño-Coll on May 27, 2014, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted.  The Court FINDS that her plea was voluntary and intelligently entered with awareness of her rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.  Defendant is advised, however, that the Court will defer its decision on whether to accept or reject the parties' Fed. R. Crim. P. 11(c)(1)(C) plea agreement until it has reviewed the Pre-Sentence Report.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since May 27, 2014.  The **sentencing hearing is set for August 26, 2014 at 4:15 PM**.

The U.S. Probation Officer is reminded that, should any objections be raised by defendant to the PreSentence Report, the Addendum to said PreSentence Report must specifically identify any unresolved objections, the

CRIMINAL 14-0377CCC 2
(Related Crim. No. 12-0666-1CCC)

grounds for the objections, and the U.S. Probation Officer's comments on them, as required by Fed. R. Crim. P. 32(g). The party that raised the unresolved objections shall, **within twenty-four (24) hours** after the Addendum is disclosed, state in writing whether it will insist that the unresolved objections be ruled upon by the Court. Failure to do so will be deemed by the Court as a withdrawal of the unresolved objections.

SO ORDERED.

At San Juan, Puerto Rico, on July 30, 2014.

S/CARMEN CONSUELO CEREZO
United States District Judge